# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-cr-152-3 |
| | ) | Judge Trauger |
| LAZARO MICHEL DIAZ | ) | |
| | ) | |

## ORDER

The defendant's Motion to Set Hearing to Change Plea and Sentence at Same Hearing (Docket No. 110) is GRANTED. It is hereby ORDERED that a joint plea/sentencing hearing will be held on Friday, April 1, 2016 at 3:00 p.m. Defense counsel shall prepare the defendant for the colloquy with the court relating to the waiving of a presentence report.

It is further ORDERED that, by March 30, 2016, the Probation Office shall furnish the court with the sentencing guideline computation and criminal history score for this defendant and forward to the Judge's chambers the pretrial services report prepared for this defendant. The government and defense counsel shall assist the probation office in the preparation of the calculations under the sentencing guidelines.

It is so **ORDERED**.

ENTER this 14th day of March 2016.

_____
ALETA A. TRAUGER
U.S. District Judge